Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Onemain Financial, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD DANIEL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; ONEMAIN FINANCIAL, INC.; EQUIFAX INFORMATION SERVICE LLC; AND TRANSUNION LLC,<br><br>　　　　　Defendants. | Case No. 2:19-CV-00744-JCM-VCF<br><br>~~STIPULATION AND~~ ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (FIRST REQUEST) |

Onemain Financial, Inc. ("Onemain") and Plaintiff Richard Daniel stipulate and agree that Onemain has up to and including June 12, 2019 to respond to Plaintiff's Complaint (ECF No. 1). This brief extension will provide Onemain adequate time to investigate the allegations in the Complaint – although Onemain's registered agent was served with the Complaint on May 7, 2019, due to a technical issue, there was a significant delay in the delivery of the Complaint to Onemain.[1]

[Continued on next page.]

---

[1] By filing this Stipulation, Onemain is not waiving any defense, affirmative or otherwise, it may have in this matter.

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 30th day of May, 2019.

| | |
|---|---|
| KNEPPER & CLARK LLC | BALLARD SPAHR LLP |
| By: /s/ Shaina R. Plaksin<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Shaina R. Plaksin, Esq.<br>Nevada Bar No. 13935<br>10040 W. Cheyenne Ave., Ste. 170-109<br>Las Vegas, Nevada 89129 | By: /s/ Holly Ann Priest<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Holly Ann Priest, Esq.<br>Nevada Bar No. 13226<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Onemain Financial, Inc.* |
| *Attorneys for Richard Daniel* | |

**ORDER**

IT IS SO ORDERED: [signature]

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

DATED: May 31, 2019

2