SAMUEL A. SCHWARTZ, ESQ., Nevada Bar No. 10985
saschwartz@bhfs.com
CONNOR H. SHEA, ESQ., Nevada Bar No. 14616
cshea@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendant*
*Great Lakes Educational Loan Services, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD DANIEL,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE; FORD MOTOR CREDIT COMPANY LLC; GREAT LAKES EDUCATIONAL LOAN SERVICES INC.; ONEMAIN FINANCIAL, INC.; EQUIFAX INFORMATION SERVICES; AND TRANSUNION, LLC,<br><br>Defendants. | CASE NO.: 2:19-cv-00744-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT FOR SIXTY (30) DAYS** |

Defendant, GREAT LAKES EDUCATIONAL LOAN SERVICES INC. ("**Defendant**"), and Plaintiff, RICHARD DANIEL ("**Plaintiff**" and together with Defendant, the "**Parties**"), by and through their undersigned counsel, stipulate as follows:

**WHEREAS**, Plaintiff filed that certain complaint (the "**Complaint**") in this case on May 1, 2019, and served the Complaint on Defendant on May 6, 2019;

**WHEREAS**, the Parties have agreed to extend the time for Defendant to respond to the Complaint to June 21, 2019;

**NOW THEREFORE**, Plaintiff and Defendant, through their respective counsel, hereby stipulate and agree to extend the time within which Defendant must file its response to the Complaint until June 21, 2019.

| | |
|---|---|
| DATED this 3rd day of June, 2019. | DATED this 3rd day of June, 2019. |
| KNEPPER & CLARK LLC | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| /s/ Shaina R. Plakskin<br>Matthew I. Knepper, Esq.<br>Miles N. Clark, Esq.<br>Shaina R. Plakskin, Esq.<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129 | /s/ Samuel A. Schwartz<br>Samuel A. Schwartz, Esq.<br>Connor H. Shea, Esq.<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106 |
| David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123 | *Attorneys for Defendant*<br>*Great Lakes Educational Loan Services, Inc.* |
| *Attorneys for Plaintiff*<br>*Richard Daniel* | |

## ORDER

Pursuant to the stipulation of the Parties and good cause appearing, the Court approves the stipulation and orders that the deadline for Defendant, GREAT LAKES EDUCATIONAL LOAN SERVICES INC., to respond to the Complaint is extended to June 21, 2019.

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 4, 2019