Kelly Dove, Esq.
Nevada Bar No. 10569
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: kdove@swlaw.com
kbeverly@swlaw.com

*Attorneys for Defendant*
*Ford Motor Credit Company LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD DANIEL,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; FORD MOTOR CREDIT COMPANY LLC; GREAT LAKES EDUCATIONAL LOAN SERVICES INC.; ONEMAIN FINANCIAL, INC.; EQUIFAX INFORMATION SERVICES LLC and TRANSUNION LLC,<br><br>Defendants. | Case No.: 2:19-cv-00744-JCM-VCF<br><br>~~STIPULATION AND~~ ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT TO JUNE 14, 2019<br><br>(SECOND REQUEST) |

Pursuant to Local Rule 7-1, Plaintiff Richard Daniel ("Plaintiff") and Defendant Ford Motor Credit Company LLC ("Ford" and together with Plaintiff the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order.

Plaintiff filed a Complaint (the "Complaint") in this Court on May 1, 2019; and

Ford was served with the Complaint on May 7, 2019.

This is the Parties' second request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party. The reason for the extension is to give Ford additional time to evaluate and respond to the allegations set forth in the Complaint.

4827-3949-4041

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Ford to respond to the Complaint in this action is extended to and through June 14, 2019.

Dated: June 7, 2019.                                Dated: June 7, 2019.

**KNEPPER & CLARK LLC**                             **SNELL & WILMER L.L.P.**


By: */s/ Shaina Plaksin*                            By: */s/ Kiah Beverly-Graham*
    Shaina Plaksin, Esq.                                  Kelly Dove, Esq.
    10040 W. Cheyenne Ave.                                Kiah D. Beverly-Graham, Esq.
    Suite #170-109                                        3883 Howard Hughes Pkwy, #1100
    Las Vegas, NV 89129                                   Las Vegas, Nevada 89169
    *Attorneys for Plaintiff*                             *Attorneys for Defendant Ford Motor Credit*
    *Richard Daniel*                                      *Company LLC*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6/10/19

4827-3949-4041