Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD DANIEL,<br><br>      Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; FORD MOTOR CREDIT COMPANY LLC; GREAT LAKES EDUCATIONAL LOAN SERVICES INC.; ONEMAIN FINANCIAL, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION LLC,<br><br>      Defendants. | Case No.: 2:19-cv-00744-JCM-VCF<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC**<br><br>**[FIRST REQUEST]** |

Plaintiff Richard Daniel ("Plaintiff") and Defendant Equifax Information Services, LLC; ("Equifax" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Equifax (30) thirty days:

1. The Parties settled this matter on August 23, 2019 [ECF Dkt No. 49].

2. The Parties are currently working on finalizing their Settlement Agreement.

3. The Parties request and extension of thirty days to file their Stipulation of Dismissal of Equifax to allow them additional time to finalize the settlement agreement.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC [FIRST REQUEST] - 2

4. Plaintiff agrees to file the Stipulation of Dismissal of Equifax no later than **November 25, 2019**.

DATED October 21, 2019.

| **KNEPPER & CLARK LLC** | **CLARK HILL PLLC** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Jeremy J. Thompson* |
| Matthew I. Knepper, Esq. | Jeremy J. Thompson, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 12503 |
| Miles N. Clark, Esq. | 3800 Howard Hughes Parkway, Suite 500 |
| Nevada Bar No. 13848 | Las Vegas, NV 89169 |
| Shaina R. Plaksin, Esq. | Email: jthompson@clarkhill.com |
| Nevada Bar No. 13935 | |
| KNEPPER & CLARK LLC | *Counsel for Defendant* |
| 5510 So. Fort Apache Rd, Suite 30 | *Equifax Information Services LLC* |
| Las Vegas, NV 89148 | |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | |
| Email: shaina.plaksin@knepperclark.com | |
| | |
| **HAINES & KRIEGER LLC** | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Las Vegas, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

## ORDER GRANTING

## EXTENSION OF TIME FOR PARTIES TO FILE STIPULATION OF DISMISSAL OF

## EQUIFAX INFORMATION SERVICES LLC

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED October 21, 2019.