Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD DANIEL,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; FORD MOTOR CREDIT COMPANY LLC; GREAT LAKES EDUCATIONAL LOAN SERVICES INC.; ONEMAIN FINANCIAL, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION LLC,<br><br>    Defendants. | Case No.: 2:19-cv-00744-JCM-VCF<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC**<br><br>**[SECOND REQUEST]** |

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC [SECOND REQUEST] - 1

Plaintiff Richard Daniel ("Plaintiff") and Defendant Trans Union LLC; ("Trans Union" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Trans Union thirty days:

1. The Parties settled this matter on July 11, 2019 [ECF Dkt. 41].

2. On September 25, 2019, the Court granted the Parties' joint motion for an extension on filing the dismissal of Trans Union [ECF Dkt. 52].

3. The Plaintiff's deadline is October 28, 2019.

4. The Parties are currently working on finalizing their Settlement Agreement.

5. The Parties request and extension of thirty days to file their Stipulation of Dismissal of Trans Union to allow them additional time to finalize the settlement agreement.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC [SECOND REQUEST] - 2

6. Plaintiff agrees to file the Stipulation of Dismissal of Trans Union no later than **November 27, 2019**.

DATED October 22, 2019.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Shaina R. Plaksin*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Shaina R. Plaksin, Esq.<br>Nevada Bar No. 13935<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>Email: shaina.plaksin@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **ALVERSON TAYLOR & SANDERS**<br><br>/s/ *Trevor Waite*<br>Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>Trevor Waite, Esq.<br>Nevada Bar No. 13779<br>Email: kbonds@alversontaylor.com<br>Email: twaite@alversontaylor.com<br><br>*Counsel for Defendant*<br>*Trans Union LLC* |
|---|---|

## ORDER GRANTING
## EXTENSION OF TIME FOR PARTIES TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED October 25, 2019.